UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| NORERTO QUINTANA,<br><br>               Petitioner,<br><br>  v.<br><br>FRANCISCO J. QUINTANA, Warden,<br><br>               Respondent. | CV 10-2629-MMM (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: October 25, 2010

                                        *Margaret M. Morrow*
                                 MARGARET M. MORROW
                             UNITED STATES DISTRICT JUDGE